AO 245D   Judgment in a Criminal Case for Revocations
(Rev. 12/19)   Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JOHNATHAN SCOTT MOODY | Case No. 7:18-CR-00042-HL-TQL(1) |
| | USM No. 96438-020 |
| | TIMOTHY SAVIELLO |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1 through 7   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| SEE ATTACHMENT | | |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   1129

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
Tifton, Georgia

August 16, 2023
Date of Imposition of Judgment

s/Hugh Lawson
Signature of Judge

HUGH LAWSON
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

8/22/2023
Date

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19)    Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: JOHNATHAN SCOTT MOODY
CASE NUMBER: 7:18-CR-00042-HL-TQL(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 24 months imprisonment. This sentence shall be served consecutively to the term of imprisonment imposed in docket #7:23-cr-32-HL for a total sentence of 48 months.

☒  The court makes the following recommendations to the Bureau of Prisons:
   That the Deft be allowed to participate in RDAP while incarcerated.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on _____ .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Urinalysis tested positive for methamphetamine | 3/29/2022 |
| 2 | Urinalysis tested positive for methamphetamine | 4/28/2022 |
| 3 | Urinalysis tested positive for marijuana | 4/28/2022 |
| 4 | Failed to obtain full-time employment | 12/27/2021 |
| 5 | Failed to attend substance abuse treatment | 7/29/2022 |
| 6 | Failed to refrain from violation of law | 8/10/2022 |
| 7 | Failed to refrain from violation of law | 4/21/2022 |